**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JULSON MERDELUS,

     Petitioner,

v.                                    Civ. No. 26-1485 KG/GBW

TODD BLANCHE, *et al.*,

     Respondents,

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

THIS MATTER comes before the Court on Petitioner's counsel Chapman and Cutler LLP's Unopposed Motion to Withdraw as Counsel. *Doc. 8.* In the motion, counsel of record for Petitioner states that "professional considerations require termination of Petitioner's representation in this matter" because Petitioner had already filed another Petition for Writ of Habeas Corpus through a different law firm.[1] *Id*. at 2. The Court, having reviewed the motion, being fully informed, and noting that it is unopposed, finds the motion is well-taken and will GRANT IT.

    **IT IS THEREFORE ORDERED** that Sara Taraneh Ghadiri and Chapman and Cutler LLP be and hereby are removed as attorney of record for Petitioner Julson Merdelus.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The first Petition was opened and assigned case number 1:26-cv-01438-MIS-JHR but was dismissed on May 19, 2026. *Doc. 8* at 2.